# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**SYLVIA HOLLINS,**
**Petitioner,**

vs.  Case Number:  **08-2292**

**UNITED STATES OF AMERICA**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is dismissed.  Case terminated.

ENTER this 26th day of January 2009.

s/Pamela E. Robinson, Clerk

PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY: DEPUTY CLERK